IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD G. STINSON, | ) | No. C 06-3585 MMC (PR) |
|     Petitioner, | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
|   v. | ) ) | |
| D.K. SISTO, Warden, | ) | **(Docket No. 29)** |
|     Respondent. | ) ) | |
| _____ | ) | |

    Good cause appearing, petitioner's request for an extension of time in which to file a traverse is GRANTED. If petitioner wishes to file a traverse, he shall do so on or before **July 30, 2007**. As petitioner will have had over five months to prepare and file a traverse, no further extensions of time will be granted.

    This order terminates Docket No. 29.

    IT IS SO ORDERED.

DATED: June 26, 2007

                                        _____
                                        MAXINE M. CHESNEY
                                        United States District Judge

United States District Court
For the Northern District of California