IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD G. STINSON, | ) | No. C 06-3585 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING EXTENSION OF TIME** |
| v. | ) ) | |
| D.K. SISTO, Warden, | ) | (Docket No. 33) |
| Respondent. | ) ) | |
| _____ | ) | |

On June 2, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 8, 2006, petitioner filed an amended petition. On December 11, 2006, the Court ordered respondent to show cause why the petition should not be granted. Respondent filed an answer to the petition on February 22, 2007. According to the briefing schedule set forth in the order to show cause, petitioner was required to file a traverse with the Court and serve it on respondent within thirty days of the date the answer was filed.

Now before the Court is petitioner's third request for an extension of time to file a traverse. In an order dated June 26, 2007, the Court granted petitioner's second request for an extension of time and ordered him to file a traverse on or before July 30, 2007. The Court informed petitioner that no further extensions would be granted, because he would have had over five months to prepare and file a traverse by the new due date.

Petitioner has not shown good cause for a further extension of time to file a traverse. Accordingly, his request is DENIED. The petition is deemed submitted on the merits and

1  ready for decision.

2  This order terminates Docket No. 33.

3  IT IS SO ORDERED.

4  DATED: August 1, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Order Denying Extension of Time
G:\PRO-SE\MMC\HC.06\06-3585.eot.3

2