IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. STINSON,<br><br>    Petitioner,<br><br> v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent.<br>_____ | No. C 06-3585 MMC (PR)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR DIRECTED VERDICT**<br><br>**(Docket No. 38)** |

   On June 2, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 8, 2006, petitioner filed an amended petition in which he raises twenty claims for relief. On December 11, 2006, the Court ordered respondent to show cause why the petition should not be granted based on the claims in the petition. Respondent filed an answer to the petition on February 22, 2007. Petitioner did not file a traverse, although he was granted two extensions of time and more than five months in which to do so. On August 1, 2007, the Court informed petitioner that no further extensions of time would be granted.

   Petitioner has now filed a "Motion to Execute a Directed Verdict," in which motion he asks the Court to grant the petition based on the facts set forth therein. The motion is hereby DENIED; the Court will address the merits of the petition in a reasoned order after reviewing the petition and respondent's answer thereto.

   This order terminates Docket No. 38.

   IT IS SO ORDERED.

DATED: May 19, 2008

              _____
              MAXINE M. CHESNEY
              United States District Judge