IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. STINSON, ) | No. C 06-3585 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER DIRECTING CLERK OF COURT TO SERVE RESPONDENT WITH ORDER TO SHOW CAUSE AND PETITIONER'S RESPONSE THERETO (DOCKET NOS. 43 & 44); SCHEDULING REPLY** |
| ) | |
| v. ) | |
| ) | |
| D.K. SISTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

On August 8, 2006, petitioner, a California prisoner then incarcerated at Solano State Prison and proceeding pro se, filed an amended petition in the above-titled habeas corpus action, alleging that the revocation of his probation, on October 27, 2003, and the three-year sentence imposed by the trial court as a result thereof, violated his federal constitutional rights. He sought release from custody.

By order filed June 8, 2009, the Court ordered petitioner to show cause why the petition should not be dismissed as moot, in light of the fact that petitioner no longer is incarcerated and, consequently, might no longer be serving the sentence imposed when probation was revoked. Further, the Court ordered respondent to file a reply to the response within fifteen days of the date the response was filed. (Order, filed June 8, 2009, at 3:4-9.)

Petitioner filed his response to the order to show cause on June 16, 2009. Although more than fifteen days have passed, respondent has not filed a reply. The Court has learned, however, that respondent was not served with either a copy of the Court's order to show cause or petitioner's response thereto. Accordingly, in the interest of the efficient resolution

of this matter, the Court hereby DIRECTS the Clerk of the Court to serve respondent with a copy of the order to show cause and petitioner's response. (Docket Nos. 43 & 44). Respondent <u>shall</u> file a reply to the response within **twenty (20)** days of the date this order is filed. The matter shall be deemed submitted as of the date the reply is due.

    IT IS SO ORDERED.

DATED: July 9, 2009

_____
MAXINE M. CHESNEY
United States District Judge