IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD G. STINSON,

        Petitioner,

  v.

D.K. SISTO, Warden,

        Respondent.
                                         /

No. CV-06-3585 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED as moot.

Dated: August 3, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>